NELSON S. SPENCER, Respondent, against GEORGE J. RYAN, as President of the Board of Education of the City of New York, et al., Appellants.

(Submitted June 7, 1933; decided July 11, 1933.)

*Arthur W. Hilly, Corporation Counsel (William E. C. Mayer* and *J. Joseph Lilly* of counsel), for appellants.
*H. Eliot Kaplan* and *Albert de Roode* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.